UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-cr-00146-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. WILFREDO AVITA-ALDANA, a/k/a Ramon Chavez Mena,

    Defendant.
_____

**ORDER**
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    A Notice of Disposition was filed in the above matter on April 29, 2008. A Change of Plea hearing is set for **Friday, August 29, 2008 at 10:00 a.m. Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.** If the documents are not timely submitted, the hearing will be **VACATED. There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.** The 2-day jury trial is set for Monday, June 16, 2008, at 9:00 a.m. in courtroom A-1002 is **VACATED.**

    Dated: April 29, 2008