IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 08-cr-00146-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v

1. WILFREDO AVITIA-ALDANA, a.k.a Ramon Chavez-Mena,

    Defendant,

## ORDER GRANTING DECREASE OF OFFENSE LEVEL

    The Court having considered the motion by the United States of America to decrease the defendant's offense level by one additional level pursuant to United States Sentencing Guideline § 3E1.1(b), it is hereby

    ORDERED that Government's Motion for Decrease for Acceptance of Responsibility [doc. #27], filed January 5, 2009, is **GRANTED.**

    So ORDERED, this 8th of January, 2009

                                       BY THE COURT:

                                       s/ Wiley Y. Daniel
                                       WILEY Y. DANIEL
                                       CHIEF UNITED STATES DISTRICT JUDGE